E-FILED
Tuesday, 18 June, 2019 12:24:17 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| BRET BRAY, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LATHEM TIME CO., | ) ) |
| Defendant. | ) |

## DECLARATION OF LANCE WHIPPLE

STATE OF GEORGIA )
                             ) ss:
COUNTY OF FULTON )

I, Lance Whipple, under penalty of perjury and in accordance with the requirements of 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of 18, have personal knowledge of the facts set forth herein, and could testify competently to them if called upon to do so.

2. I am Vice President, Sales & Marketing for Defendant Lathem Time Company ("Lathem"), a position which I have held for 20 years, and I offer this Declaration in support of Lathem's Notice of Removal in the above-captioned case.

3. Lathem is incorporated and headquartered in the State of Georgia. All of its facilities are located in Georgia, and it has no offices or other facilities in any other state.

4. I understand that Plaintiff Bret Bray alleges that he was previously employed by Hixson Lumber Supply in Hillsboro, Illinois, and that he was required to scan his facial geometry on a Lathem device each time he clocked in and out of work. (Compl. ¶¶ 38, 39, 41.)

According to Lathem's records, which I have reviewed, Mr. Bray used a Lathem timekeeping device 40 times between February 19, 2019 and March 15, 2019.

5. Lathem's records further reflect that over 1,001 individuals working in Illinois used Lathem technology that Plaintiff claims violates the Illinois Biometric Information Privacy Act at their places of employment.

6. Lathem was served with the Class Action Complaint in this matter on May 20, 2019.

FURTHER DECLARANT SAYETH NOT.

_____
Lance Whipple

Executed by Declarant on June 18, 2019