IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BRET BRAY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-03157 |
| v. | ) ) | Judge Richard Mills |
| LATHEM TIME CO., | ) ) | |
| Defendant. | ) | |

## DEFENDANT LATHEM TIME CORP.'S MOTION
## TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Lathem Time Corp. ("Lathem")[1] hereby respectfully moves the Court pursuant to the Federal Rule of Civil Procedure 12(b)(2) to dismiss Plaintiff Bret Bray's Class Action Complaint (the "Complaint"). The grounds for this Motion are set forth in Lathem's Memorandum in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction, filed contemporaneously herewith.

Respectfully submitted,

**LATHEM TIME CORP.**

By:   s/ Christopher G. Dean
         One of its attorneys

Christopher G. Dean (ARDC # 6292676)
Jacob D. Radecki (ARDC # 6321345)
MCDONALD HOPKINS LLC
300 North LaSalle, Suite 1400
Chicago, IL 60654
312-280-0111
cdean@mcdonaldhopkins.com
jradecki@mcdonaldhopkins.com

---

[1] Lathem Time Corp. is incorrectly identified in the Complaint as Lathem Time Co.

{8184490: }

**CERTIFICATE OF SERVICE**

      I, Christopher G. Dean, an attorney, hereby certify that on July 16, 2019, I electronically filed Defendant Lathem Time Corp.'s Motion to Dismiss for Lack of Personal Jurisdiction with the Clerk of the Court using the CM/ECF system. As such, these documents were served on all counsel who are deemed to have appeared and consented to electronic service.

                                          /s/Christopher G. Dean