In The United States District Court
Central District of Illinois
Springfield Division

EUGENE TERRELL HANKINS )
   Plaintiff )
V. ) Law No. 18-CV-3297
LARRY BECK, et al. )
   Defendants )

FILED
MAR 27 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS SUMMARY JUDGEMENT

Now comes the plaintiff Eugene Terrell Hankins by pro se and request an extension of thirty (30) days to reasonably respond to both medical staff, and jail staff Defendants Motion for Summary Judgement.

Plaintiff respectfully states as follows:

1. The current deadline to the motion is March 27, 2020 and it is not enough time.

2. Due to corona virus outbreak the plaintiff has limited access to the library and as a result the libraries are closed down to further notice.

Wherefore the Pro Se Plaintiff prays that this Court would extend the deadline to respond to Defendants Motion for Summary Judgement until April 27, 2020

Respectfully Submitted

Pro Se Plaintiff

x E. Hopkins

Plaintiff has lack of legal counsel, and is not trained to profession in law.

3. March 27, 2020 is not a reasonable time to properly respond to both Summary Judgements.

4. Allow time for plaintiff to regain access to the following Legal notary Clerk, Law Library / Legal materials.

5. Plaintiffs response to defendants Summary Judgement is approaching Completion. Plaintiff is requesting an reasonable Countinance to Successfully complete the response

6. Plaintiff would request a 30-day extension of time, up to and including April 27, 2020 due to Courtesy of the Covid-19 virus outbreak wich as a result has inconvenienced everything. Plaintiff will complete process and properly respond to Summary Judgement By April 27, 2020.

7. This request is not being made to unnecessarily delay this matter. No prejudice will result from this requested extension because this matter is not Currently set for trial

## Proof Of Service

I hereby certfy that on March 23, 2020 I mailed by united States postal Service the foregoing instrument, Motion For Extension of time to Respond to Defendants Summary Judgement.

x E. Hankins

Eugene Terrell Hankins
1533 N. Main St
Decatur IL, 62526

Pro Se Plaintiff
E. Hankins