# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Bret Bray,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 19-3157 |
| **Lathem Time Co.,** | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for lack of personal jurisdiction. -------------------------------------------------------------------------------

**Dated: March 30, 2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court